SENRICK S. WILKERSON 1885146
Ramsey I Unit
1100 FM 655 7E-2-17T
Rosharon, TX 77583

05-11-00060-CR
05-11-00061-CR
05-11-00062-CR

July 20, 2015

Lisa Matz
Court of Appeals
Fifth Court in Dallas
office of the Clerk
George L. Allen SR. Courts BLDG.
600 Commerce St., Suite 200
Dallas, TX 75202

Dear Mrs. Lisa Matz:

The Courts never respond to the motions that I file in CDC No. 3. Therefore, I am pleading with you to date stamp this motion, and to please forward it to the District Clerk's office, at Frank Crowley Courts Building... LB12. Please, Craig M. Watkins should be ashamed of himself for allowing Brooke B. Grona-Robb get away with fraud, perjury, tampering, prosecutorial misconduct, and falsifying government documents, just to get another illegal conviction! If they don't answer, how can I appeal it? Thanks in advance for your time.

Sincerely
Senrick Wilkerson

CAUSE NOS. W08-60213-J(F), W10-01183-J(F) &
W10-01184-J(F)

EX PARTE

SENRICK WILKERSON

IN CRIMINAL DISTRICT
COURT NO. 3
DALLAS COUNTY, TEXAS

FILED IN
Court of Appeals
JUL 2? 2015
Lisa Matz
Clerk, 5th District

APPLICANT's MOTION TO VACATE THE JUDGMENTS DUE
TO STATE'S VIOLATION OF DUE PROCESS & FILINGS OF
FRAUDULENT DOCUMENTS

COMES NOW, SENRICK WILKERSON, APPLICANT pro se in the above styled and causes, and files this, his Motion to Vacate the Judgments due to State's violation of Due Process & Filings of Fraudulent Documents, respectfully showing the Court as follow:

I.

Dallas County District Courts continues to allege that F10-01183 Sexual Performance by a Child & F10-01184 Sexual Assualt on a Child, are companion cases to F08-60213 Compelling Prostitution, which is totally untrue. The facts are simply this. Applicant was never once arrested, never once taken before any magistrate judge, never once given any opportunity to post bail, never once informed of any rights to an examining trial or counselor, never read any Miranda Rights, and never once partipat -ed in any first preliminary intial appearances for cause numbers F10-01183 & F10-01184, asrequired by Texas Law. See ART.15.17 CODE CRIM. PROC. Such actions totally violated Apllicant's due process and again, it must be repeated that Applicant was never once arrested and never once arraigned for both tainted sex offenses.

The Fourteenth Amend. to the United States Constitution provide that no person shall be deprived of life, liberty, or property without due process of law. U.S. Const.Amend.XIV 1. Applicant demonstrates that he possess a constitutionally protect -ed interest in life, liberty or property, and that the State's actions has deprived him of that interest, because Applicant was out of jail on bond for two(2) years for F08-60213 Compelling Prostituion & F08-60222 AGG. Promotion of Prost. The record shall totally support this statement. However, Applicant was never arrested or arraigned for cause NOS. F10-01183 & F10-01184; And by Dallas County fraudulently forging documents showing four(4) different arrest dates for both tainted sex offenses, evidences Applicant's demonstrations that he was deprived of his life, liberty, and property. See Valmonte V. Bane, 18 F.3d 992,998(2nd Cir.1994).

The Supreme Court has stated that procedural due process claims are to be examined "in two steps: the first asks whether there exists a liberty or property interest which has been interfered with by the state, second examines wether the procedur -es attendant upon that deprivation were constitutionally suffici -ent." See Kentucky Dept. of Corrections V. Thompson, 490 U.S. 454,460 109 S.ct.1904,104 L.Ed. 2d 506(1989)(citations omitted).

II.

Dallas County District Clerk's office is fraudently showing these four(4) different arrest dates from F10-01183 Sexual Performance CH & F10-01184 Sexual Assault CH:
1. The JUDGMENT OF CONVICTION BY JURY & NOTICE OF DISPOSITION

Page 1 of 3

` documents show the arrest date as 9/7/2008.

2. The Judicial Information & Criminal History Records documents show the arrest date as 12/17/2010.

3. A U.S. District Court magistrate judge, stated in his findings that the arrest was in September of 2010. See case NO. 3-11-cv -00659-B, page ID53.

4. The capias warrants show the arrest dates as Dec.23,2010. These facts are proof of all fraudulently forged arrest dates from both tainted sex offenses which is included in the incomplete Clerk's record.

It must be repeated that the State is fraudulently showing four(4) different arrest dates from both tainted sex offenses. But the State can not provide any arrest reports, offense reports complaint affidavits, and no book-in sheet informations to support such fraud and falsifieded documents; When, Tex.Crim.Stat.Ann. ch.233 provides: The officer, or person executing a warrant of arrest, shall take the person whom he is directed to arrest forthwith before the magistrate who issued the warrant, or before the magistrate named in the warrant; Tex.Crim.Stat.Ann.Ch.233 provides that a person held under warrant of arrest shall be forthwith taken before a magistrate. The word "forthwith" has been held to mean within a reasonable time, without unnecessary delay. The only time that the State issued any arrest warrants for both tainted sex cases was on 11/29/2010, without the sig- nature of any magistrate judge, or any name of any judge in the fraudulently forged warrants. These warrants were also dismissed by the District Attorney on 11/29/2010, but show an arrest date as Dec.23,2010, which is absolutely impossible due to the fact that Applicant was illegally convicted and sentenced on 12/17/ 2010. Tex.Crim.Stat.Ann.Ch. 218 provides: A "warrant of arrest" is a written order from a magistrate directed to a peace officer or some other person specially named, commanding him to take the body of the person accused of an offense, to be dealt with accord -ing to law.

In any event Applicant is entitled to his release where the State failed to take the Applicant before any magistrate who allegedly issued the arrest warrants upon the four(4) fraudulently forged arrest dates on the sexual performance by a child & sexual assault on a child charges. Applicant is entitled to his freedom by virtue of Tex.Crim.Stat.Ann.Ch. 233 and its related status. The State was required by Tex.Crim.Stat.Ann.Ch. 233 to take Applicant before a magistrate that allegedly issued the arrest warrants. See Ex parte Henry Wright, 138 Tex.Crim. 350; 136 S.W. 2d 212; 1940 Tex.Crim.App. LEXIS 62 No. 20921.

WHEREFORE, PREMISES CONSIDERED, Applicant prays that this Court will immediately vacate the judgments due to the State's violation of his due process and the filings of the fraudulent arrest dates & documents.

" I, Senrick Wilkerson, being presently illegally incarcerated in the Ramsey I Unit, do state that the following facts above are true and correct under the penalty of perjury."

Respectfull submitted,

SENRICK WILKERSON PRO SE
TDCJ no. 1885146
Ramsey I Unit
1100 FM 655 7E-2-17T
Rosharon, TX 77583

CERTIFICATE OF SERVICE

I hereby certify that on July 20 ,2015, the foregoing motion has been U.S. mailed to: Felicia Pitre District Clerk, 133 N. Riverfront Blvd., LB12, Dallas, Texas 75207 & The Court of Criminal Appeals, P.O. Box 12308, Capitol Station, Austin, Texas 78711.

SENRICK WILKERSON

## ORDER

The above MOTION TO VACATE THE JUDGMENTS DUE TO STATE'S VIOLATION OF DUE PROCESS & FILINGS OF FRAUDULENT DOCUMENTS is hereby: (granted / denied)

JUDGE PRESIDING

Sennick Wilkerson 1885146
Ramsey I Unit
1100 FM 655 7E-2-177
Rosharon, TX 77583

Legal Mail

Court of Appeals
Fifth Court
Attn: Lisa Matz
George L. Allen Sr. Court BLDG.
600 Commerce St., Suite 200
Dallas, TX 75202

75202366631